FILED
19 APR -4 AM 10: 56
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: MMG  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ADRIAN ANDRES CORTEZ-QUINONEZ (1), aka "Andrian Andres Quinonez-Cortez,"<br>SEGUNDO MARCIAL DOMINGUEZ-CAICEDO (2),<br>VICTOR GASPAR-CHICHANDE (3),<br><br>        Defendants. | Case No. 18CR0421-BEN<br><br>I N D I C T M E N T<br>**(Superseding)**<br><br>Title 46, U.S.C., Secs. 70503 and 70506(b) – Conspiracy to Distribute Cocaine on Board a Vessel; Title 46, U.S.C., Sec. 70503 – Possession of Cocaine with Intent to Distribute on Board a Vessel; Title 18, U.S.C., Sec. 2 – Aiding and Abetting |

The grand jury charges:

### Count 1

Beginning at a date unknown to the grand jury and continuing to on or about December 31, 2017, on board a vessel subject to the jurisdiction of the United States, while on the high seas, defendants ADRIAN ANDRES CORTEZ-QUINONEZ, aka "Andrian Andres Quinonez-Cortez," SEGUNDO MARCIAL DOMINGUEZ-CAICEDO, and VICTOR GASPAR-CHICHANDE, did knowingly and intentionally conspire together and with each other and with other persons unknown to the grand jury to distribute 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a

ADF:nlv:San Diego
4/3/19

Schedule II Controlled Substance; in violation of Title 46, United States Code, Sections 70503 and 70506(b).

### Count 2

On or about December 31, 2017, on board a vessel subject to the jurisdiction of the United States, while on the high seas, defendants ADRIAN ANDRES CORTEZ-QUINONEZ, aka "Andrian Andres Quinonez-Cortez," SEGUNDO MARCIAL DOMINGUEZ-CAICEDO, and VICTOR GASPAR-CHICHANDE, did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 46, United States Code, Section 70503, and Title 18, United States Code, Section 2.

DATED: April 4, 2019.

A TRUE BILL:

_____
Foreperson

ROBERT S. BREWER, JR.
United States Attorney

By: _____
P. KEVIN MOKHTARI
Assistant U.S. Attorney